

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00240-CR

**DIANE TOLIVER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 2020-2405-CR1

## MEMORANDUM OPINION

Appellant Diane Toliver appealed the trial court's "order issuing writ and denying evidentiary hearing." She now moves to dismiss the appeal. Appellant and her attorney have signed the motion. *See* TEX. R. APP. P. 42.2(a).

Appellant's motion to dismiss appeal is granted, and this appeal is dismissed. *Id.*


MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed August 3, 2022
Do not publish
[CR25]

